**SO ORDERED**

No response or opposition. Final compensation must be determined by court order.



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division – SAL)

| | | |
|---|---|---|
| In re: | * | |
| CONSTANCE M. RATHELL | * | Case No.: 19-18716-TJC |
| Debtor. | * | (Chapter 13) |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING APPLICATION TO EMPLOY REAL ESTATE AGENT

Upon consideration of the Application to Employ Real Estate Agent (the "Application") filed by Debtor, Constance Rathell, the Verified Statement filed in support thereof, it appearing that Tim Miller is a licensed real estate agent in the State of Maryland, is a disinterested person and has no interest adverse to the Estate, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED,** that the Debtor is authorized to employ Tim Miller to obtain a contract for the sale of the 12681 Old Skipton Road Property at the commission rate of 6% as set forth in the Application and Listing Agreement.

cc:

#3369201v.1

| | |
|---|---|
| Office of the U.S. Trustee<br>Garmatz Federal Courthouse<br>101 West Lombard Street<br>Suite 2625<br>Baltimore, Maryland 21201 | Robert S. Thomas, II<br>*Chapter 13 Trustee*<br>300 E. Joppa Road, #409<br>Towson, MD 21286<br>VIA ECF |
| Tim Miller<br>Benson and Mangold Commercial<br>24 N. Washington Street<br>Easton, MD 21601<br>*Prospective Realtor* | 1880 Bank<br>c/o Adam M. Lynn, Esq.<br>McAllister, DeTar, Showalter & Walker<br>100 N. West Street<br>Easton, Maryland 21601<br>*Lienholder*<br>VIA ECF |
| Constance M. Rathell<br>545 Cynwood Drive, #I-101<br>Easton, MD 21601<br>*Debtor* | Shore United Bank<br>18 E. Dover Street<br>Easton, MD 21601<br>*Lienholder* |
| Charles R. Rathell, Trustee<br>Charles R. Rathell, Jr. Residuary Trust<br>305 E. Dover Street<br>Easton, MD 21601<br>*Co-owner* | Joseph M. Selba, Esq.<br>Tydings & Rosenberg LLP<br>One East Pratt Street, Suite 901<br>Baltimore, Maryland  21202<br>*Counsel for Debtor* |

**END OF ORDER**

#3369201v.1