Entered: January 21st, 2020
Signed: January 17th, 2020

**SO ORDERED**



THOMAS J. CATLIOTA
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In re: | * | Case No.  19-18716 |
| Constance M. Rathell | * | Chapter  13 |
| Debtor | * | |
| * * * * * * * | * | |
| 1880 Bank | * | |
| Movant | * | |
| vs. | * | |
| Constance M. Rathell | * | |
| Respondent | * | |
| * * * * * * * | * * * * * * | |

### ORDER DENYING MOTION OF 1880 BANK FOR RELIEF FROM THE AUTOMATIC STAY OF 11 U.S.C. §362 TO PURSUE FORECLOSURE OF REAL PROPERTY

Before the court is the Motion of 1880 Bank for Relief from the Automatic Stay of 11 U.S.C. §362 to Pursue Foreclosure of Real Property, and Debtor's Opposition to Motion for Relief from the Automatic Stay. ECF 25, 31. The court held a hearing on January 16, 2020 and provided its ruling at a telephonic hearing held January 17, 2020. For the reasons stated on the record at the hearing, it is, by the United States Bankruptcy Court for the District of Maryland, hereby,

ORDERED, that the Motion of 1880 Bank for Relief from the Automatic Stay of 11 U.S.C. §362 to Pursue Foreclosure of Real Property is DENIED.

cc:    Debtor-Constance M. Rathell
       Debtor's Counsel- Joseph Michael Selba
       Movant- 1880 Bank
       Movant's Counsel – Adam M. Lynn
       Trustee – Robert S. Thomas, II
       U.S. Trustee

**END OF ORDER**